

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00374-CR
No. 04-24-00376-CR

Dionne Jamichael **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR9697 and 2022CR10467
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment in cause number 2020CR9697 and 2022CR10467 is AFFIRMED.

SIGNED April 16, 2025.

_____
Velia J. Meza, Justice